504

*erson* v. *Forty-Two Broadway Co.*, 239 U. S. 69; 72–73; *Denman* v. *Slayton*, 282 U. S. 514, 519–520. *Mr. Henry B. Twombly* for appellant. *Messrs. John J. Bennett, Jr.*, Attorney General of New York, and *Wendell P. Brown*, Assistant Attorney General, for appellees.

No. 150. HIGHWAY STEEL & MANUFACTURING CO. *v.* CRAWFORD COUNTY CIRCUIT COURT ET AL. October 9, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Hess* v. *Pawloski*, 274 U. S. 352; *St. Mary's Petroleum Co.* v. *West Virginia*, 203 U. S. 183, 191–192; *Bain Peanut Co.* v. *Pinson*, 282 U. S. 499. *Messrs. Thomas B. Pryor* and *Thomas B. Pryor, Jr.* for appellant. No appearance for appellees.

No. 194. BROWN *v.* MASSACHUSETTS. October 9, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Semler* v. *Oregon Dental Examiners*, 294 U. S. 608. *Mr. Frank L. Simpson* for appellant. No appearance for appellee.

No. 212. RADIUM DIAL CO. *v.* RYAN, CLERK OF THE CIRCUIT COURT OF LA SALLE COUNTY. October 9, 1939. *Per Curiam:* The appeal is dismissed for want of a substantial federal question. *Louisville & Nashville R. Co.* v. *Schmidt*, 177 U. S. 230, 236; *Holmes* v. *Conway*, 241 U. S. 624, 631–632; *Hardware Dealers Mutual Fire Ins. Co.* v. *Glidden Co.*, 284 U. S. 151, 158; *Snyder* v. *Massa-*